UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                    CASE NO.: 09-21383-BKC-PGH
                                                                                    CHAPTER 11

**RILEY ELLIOTTE LAMSON,**
          **Debtor.**
_____/

**DEBTOR'S MOTION FOR EXTENSION OF TIME MADE PURSUANT TO 11 U.S.C. SECTION 1121 (d) AND F.R.B.P. 9006 TO FILE DISCLOSURE STATEMENT AND PLAN AND TO EXTEND EXCLUSIVITY TIME PERIODS PURSUANT TO 11 U.S.C. SECTION 1121 (c) (2) AND (3) AND TO EXTEND TIME TO FILE THE DISCLOSURE STATEMENT AND PLAN TO NOVEMBER 9th, 2009**

**THE DEBTOR-IN-POSSESSION, RILEY ELLIOTTE LAMSON ,** ( Debtor ) moves this Court for authorization for an extension of time made pursuant to 11 U.S.C. section 1121 (d) and  F.R.B.P. 9006  to file and confirm the Debtor's disclosure statement and plan and to extend the exclusivity time periods pursuant to 11 U.S.C. section 1121 (c) (2) and (3) and as cause, shows the Court the following:

1.     This is a motion by the Debtor for authorization made pursuant to 11 U.S.C. § 1121 (b), (c) (2) and (3) and (d) (1) (d) and  F.R.B.P. 9006 and 9014 for an extension of time to file the Debtor's disclosure statement and plan and to extend the 120 day exclusivity period ( for the filing of a plan ) from October 6th, 2009  until November 9th, 2009, and to extend the 180 day exclusivity period ( for acceptance of the plan by impaired classes ) from December 5th, 2009 until January 11th, 2010.

2.     This Chapter 11 case was filed on June 8th, 2009  and the 120 day exclusivity period for the Debtor to file a plan expires today, October 6th, 2009.

3.     The claims bar date for non-governmental claims expires on October 13th, 2009 and the Debtor requests an extension of time until November 9th, 2009 within which to file a plan so that the Debtor will not have to file a disclosure statement and plan on October 6th, 2009

utilizing incomplete claims information and then have to incur the additional attorneys fees and expenses for amending the disclosure statement and plan in order for them to accurately reflect the true number, types and amounts of claims.

4. As of the date of the filing of this motion the Debtor is in compliance with all U.S. Trustee guidelines and has filed all of its Chapter 11 D.I.P. Monthly Operating Reports and has timely paid the quarterly U.S. Trustee fees.

5. The Debtor requests until November 9th, 2009 to file the proposed disclosure statement and plan and further requests that the 120 and 180 day exclusivity periods be extended accordingly.

WHEREFORE, the Debtor prays for this Court to enter an order granting the relief sought in this motion and for such other and further relief as this Court deems just, equitable and proper.

Dated on October 6th, 2009.

**BRAD CULVERHOUSE**
**ATTORNEY AT LAW, CHARTERED**
W. E. Gary Professional Center
320 South Indian River Drive, Suite 100
Fort Pierce, Florida 34950
Office Telephone:     ( 772 ) 465-7572
Cellular Telephone:    ( 561 ) 716-4726
*E-Mail:* BradCulverhouseLaw@gmail.com
Florida Bar no. 207632
Lead Counsel for Debtor in Chapter 11 case
*And*
**Jon L. Martin,** Attorney At Law
901 S.W. Martin Downs Blvd., Suite 309
Palm City, Florida 34990
Office Telephone:     ( 772 ) 419 - 0057
Facsimile:             ( 772 ) 781 - 4548
*E-Mail:*        jlm@jonlmartin.com
Florida Bar no. 0563927
Co-Counsel for Debtor in Chapter 11 Case
By   /s/    Brad Culverhouse
         Of Counsel

I HEREBY CERTIFY that a true copy of the foregoing has been served on this  6th  day of October, 2009, via the Bankruptcy Court's NEF electronic noticing system upon the Assistant U.S. Trustee, 51 Southwest First Avenue, #1204, Miami, Florida 33130-1669 and by postage prepaid First Class U.S. Mail to the twenty largest unsecured creditors and upon the Debtor, **RILEY ELLIOTTE LAMSON**, 8202 S.E. Cumberland Circle, Hobe Sound, Florida 33455 and to Lee Davis, Esquire, Florida Default Law Group, P.L., Attorneys for HSBC Bank USA, National Association, as Trustee JP MORGAN MORTGAGE TRUST 2007-A1, P.O. Box 25018, Tampa, Florida 33622-5018

    **BRAD CULVERHOUSE**
    **ATTORNEY AT LAW, CHARTERED**
    W. E. Gary Professional Center
    320 South Indian River Drive, Suite 100
    Fort Pierce, Florida 34950
    Office Telephone:     ( 772 ) 465-7572
    Cellular Telephone:   ( 561 ) 716-4726
    *E-Mail:* BradCulverhouseLaw@gmail.com
    Florida Bar no. 207632
    **Lead Counsel** for Debtor in Chapter 11 case
        *And*
    **Jon L. Martin,** Attorney At Law
    901 S.W. Martin Downs Blvd., Suite 309
    Palm City, Florida 34990
    Office Telephone:     ( 772 ) 419 - 0057
    Facsimile:            ( 772 ) 781 - 4548
    *E-Mail:*     jlm@jonlmartin.com
    Florida Bar no. 0563927
    Co-Counsel for Debtor in Chapter 11 Case

    By  /s/     Brad Culverhouse
          Of Counsel