

**ORDERED in the Southern District of Florida on October 27, 2009.**

_Paul G. Hyman_
**Paul G. Hyman, Chief Judge**
**United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

**In re:**                                                                   **CASE NO.: 09-21383-BKC-PGH**
                                                                             **CHAPTER 11**
Riley Elliotte Lamson**,**

      Debtor.

                    Debtor                    /

Order Granting Debtor's Motion for Extension of Time Made Pursuant to 11 U.S.C. §1121 (d) and F.R.B.P. 9006 to File Disclosure Statement and Plan and to Extend Exclusivity Time Periods Pursuant to 11 U.S.C. § 1121 (c) (2) and (3) and to Extend Time to File the Disclosure Statement and Plan until November 9, 2009

     This cause came on for hearing before the court on Friday, October 16th, 2009, upon

the Debtor's Motion for Extension of Time Made Pursuant to 11 U.S.C. §1121 (d) and F.R.B.P.

9006 to File Disclosure Statement and Plan and to Extend Exclusivity Time Periods Pursuant to

11 U.S.C. § 1121 (c) (2) and (3) and to Extend Time to File the Disclosure Statement and Plan

until November 9, 2009 ( "the Debtor's Motion to Extend Exclusivity Periods") and there being

no objection to this Court granting the Debtor's Motion to Extend Exclusivity Periods, and the

Court being otherwise fully advised in the premises, it is thereupon

**ORDERED-**

1. The Debtor's Motion for Extension of Time Made Pursuant to 11 U.S.C. §1121 (d) and F.R.B.P. 9006 to File Disclosure Statement and Plan and to Extend Exclusivity Time Periods Pursuant to 11 U.S.C. § 1121 (c) (2) and (3) and to Extend Time to File the Disclosure Statement and Plan from October 6, 2009 until November 9, 2009 is granted and pursuant to 11 U.S.C. § 1121 ( b ) and ( d ) ( 1 ), it is further ordered that the 120 day exclusivity period within which for the Debtor, Riley Elliotte Lamson, to file a disclosure statement and plan is extended from October 6th, 2009 until November 9, 2009 and it is further ordered that pursuant to 11 U.S.C. § 1121 ( b ) and ( d ) ( 1 ), the 180 day exclusivity period for acceptance of the plan by impaired classes for the the Debtor, Riley Elliotte Lamson, is extended from December 5th, 2009 until January 11th, 2010.

###

Submitted by:
Brad Culverhouse, Attorney at Law Chartered
Attorney for Debtors
320 South Indian River Drive, Suite 100
Fort Pierce, Florida 34950
Office Telephone:     ( 772 ) 465-7572
Cellular Telephone:   ( 561 ) 716-4726
E-Mail: BradCulverhouseLaw@gmail.com

Copies to: All parties of record and the U.S. Trustee by the Debtor's counsel who will file a certificate of service.